UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

BANICKA MOORE,                )
                              )
            Plaintiff,        )
    v.                        )     Case No. 22-CV-2216
                              )
R1 RCM,                       )
                              )
            Defendant.        )

### ORDER

A Report and Recommendation (#17) was filed by Magistrate Judge Eric I. Long in this case on April 4, 2023. Judge Long recommended that Defendant's Motion to Dismiss (#12), to which Plaintiff has filed no response, be granted, and the matter be dismissed with prejudice. Judge Long found that Plaintiff's Complaint (#1) — which raised claims under Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. § 2000e); the Age Discrimination in Employment Act (29 U.S.C. § 621); and the Americans with Disabilities Act (42 U.S.C. § 12101) — was filed outside of the 90-day window imposed by statute (42 U.S.C. § 2000e-5(f)(1)) and the Right to Sue Notice provided to Plaintiff by the Equal Employment Opportunity Commission. The parties were instructed to file any objections to the Report and Recommendation within fourteen days after being served with a copy of the report. They were also informed

that a failure to object would constitute a waiver of objections on appeal. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

The time to object to Judge Long's Report and Recommendation has passed, and neither party filed an objection with this court. Therefore, following this court's de novo review of the Report and Recommendation and the reasons for it, this court agrees with and accepts Judge Long's Report and Recommendation (#17). This court agrees that this case should be dismissed with prejudice for Plaintiff's failure to timely file her Complaint.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#17) is accepted by this court.

(2) Defendant's Motion (#12) is GRANTED, and Plaintiff's claims are dismissed with prejudice.

(3) This matter is terminated.

ENTERED this 21st day of April, 2023.

<u>s/Colin Stirling Bruce</u>
COLIN S. BRUCE
U.S. DISTRICT JUDGE